*Calder Mackay* and *Thomas R. Dempsey* for petitioner. *Solicitor General Biggs* and *Messrs. Sewall Key, F. W. Dewart,* and *H. Brian Holland* for the United States. ▪

No. 621. MUTUAL LUMBER CO. *v.* POE, COLLECTOR OF INTERNAL REVENUE. January 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Charles E. McCulloch, Charles A. Hart,* and *Ivan F. Phipps* for petitioner. *Solicitor General Biggs* and *Messrs. J. Louis Monarch* and *Edward H. Horton* for respondent. ▪

No. 624. JAMERSON ET. AL. *v.* UNITED STATES. January 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. P. H. Cullen* for petitioners. *Solicitor General Biggs* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for the United States. ▪

No. 628. STANDARD OIL CO. *v.* SEDALIA EX REL. BAUMAN;
No. 629. SHELL PETROLEUM CORP. *v.* SAME;
No. 630. SKELLY OIL CO. *v.* SAME;
No. 631. SINCLAIR REFINING CO. *v.* SAME;
No. 632. WHITE EAGLE OIL & RFG. CO. ET AL. *v.* SAME;
No. 633. MID-CONTINENT PETROLEUM CORP. *v.* SAME; and
No. 634. NATIONAL RFG. CO. *v.* SAME. January 8, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Guy A. Thompson, Samuel A. Mitchell, Frank A. Thompson, Truman Post Young, James C. Denton, Richard H. Wills, John T. Martin, Louis L. Stephens,* and *James P. Kem* for petitioners. *Mr. Bruce Barnett* for respondent.